## FORSYTH, RICHARDSON & CO.
### v.
## ROBERT AND JAMES ABBOTT

#### 1808

##### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . . *Journal, infra,* \*p. 131
2. Declaration filed . . . . . . . . . . . " 134
3. Rule to plead . . . . . . . . . . . . " 136
4. Jury de medietate linguae ordered . . . . . . . " 205
5. Jurors . . . . . . . . . . . . . . " 214
6. Verdict; judgment . . . . . . . . . . . " 217

##### PAPERS IN FILE

1. Verdict; certificate that plaintiffs owe defendants . . *Printed in Vol. 2*